**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 27, 2021

**ANDERSON V. HYDROMAX USA LLC ET AL**
Case # 2:21–cv–01143–JCC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Attorney Admission**
Counsel Raeanne Miller is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at (206) 370–8862 or WAWD_Admissions@wawd.uscourts.gov.

**Notice of Removal – Jury Demand Improperly Submitted**
A Jury Demand indicated only on a Notice of Removal, Civil Cover Sheet, or State Court Complaint, or if selected upon case opening, does not constitute a proper request in this Court, pursuant to Local Civil Rule 101(b)(3). The Defendant or Plaintiff must file a separate Jury Demand to properly notify the Court of their request. Please file by going to **Other Documents** and selecting **Jury Demand**. The Jury Demand flag entered by the filer has been removed from the docket.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file