THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JACOB ANDERSON, | CASE NO. C21-1143-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HYDROMAX USA, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to dismiss (Dkt. No. 17) is GRANTED. This case is hereby DISMISSED with prejudice and without costs or attorney fees.

DATED this 24th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1143-JCC
PAGE - 1